FILED
ASHEVILLE, NC
AUG 0 5 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:25-CR-55-MOC-WCM |
| v. | **BILL OF INDICTMENT** |
| SHAWNENNA CAROLINE ROLAND | Violations:<br>18 U.S.C. §§ 13, 113, and 1153<br>N.C.G.S. § 14-318.4 |

## THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about May 6, 2024, and May 20, 2024, in Swain County, within Indian Country in the Western District of North Carolina, the defendant

**SHAWNENNA CAROLINE ROLAND**

an Indian, and a person providing care to and supervision of MFV1, a child less than 16 years of age, intentionally inflicted any serious bodily injury to MFV1 and intentionally committed an assault upon MFV1 which resulted in any serious bodily injury, including permanent and protracted loss and impairment of any mental and emotional function of MFV1.

All in violation of Title 18, United States Code, Sections 13 and 1153, and North Carolina General Statutes Chapter 14, Section 318.4(a3).

## COUNT TWO

Between on or about May 6, 2024, and May 20, 2024, in Swain County, within Indian Country in the Western District of North Carolina, the defendant

**SHAWNENNA CAROLINE ROLAND**

an Indian, and a person providing care to and supervision of MFV1, a child less than 16 years of age, showed a reckless disregard for human life through a willful act and grossly negligent omission in the care of MFV1, and the act and omission resulted in serious bodily injury to MFV1.

All in violation of Title 18, United States Code, Sections 13 and 1153, and North Carolina General Statutes Chapter 14, Section 318.4(a4).

2

## COUNT THREE

Between on or about May 6, 2024, and May 20, 2024, in Swain County, within Indian Country in the Western District of North Carolina, the defendant

**SHAWNENNA CAROLINE ROLAND**

an Indian, assaulted MFV1 resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney

3